UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LORI JEAN FRENCH,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY;<br><br>Defendant. | 4:19-CV-04127-VLD<br><br>JUDGMENT |

In accordance with the order for remand filed this date,

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further administrative proceedings.

DATED this 10th day of March, 2020.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge